UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 8:23-cv-2552-CEH-SPF

APPROXIMATELY $35,860.00
IN U.S. CURRENCY,

    Defendant.

**DEFAULT JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the United States' Motion for Default Judgment of Forfeiture (Doc. 37) for approximately $35,860.00 in United States currency (the Defendant Currency). No response to the motion has been filed. Having been fully advised in the premises, the Court finds that the Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constituted: (1) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

The Court finds that the United States complied with Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, by providing proper notice of the forfeiture to the only known parties with a potential interest in the Defendant Currency, Felix Perocier-

1

Cabo and Marina Cabo-Rodriguez. Doc. 35. The Court also finds that the United States complied with Supplemental Rule G(4) by publishing notice of this forfeiture action at www.forfeiture.gov for 30 consecutive days. Doc. 9. Additionally, after striking Felix Perocier-Cabo's claim and answer (Doc. 31), this Court provided him an opportunity to file an amended claim by October 29, 2024 and answer by November 5, 2024. Doc. 33. No person or entity has filed a claim or an answer to the complaint for forfeiture, or has otherwise appeared or answered in this regard, and the time to do so has expired. Thus, the Clerk entered a default on December 12, 2024. Doc. 36. It is now appropriate for the Court to enter a Default Judgment of Forfeiture for the Defendant Currency pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 1.10(c). Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the United States' motion for a Default Judgment of Forfeiture (Doc. 37) is **GRANTED**.

It is further **ORDERED** that, pursuant to 21 U.S.C. § 881(a)(6), all right, title, and interest in the Defendant Currency is **CONDEMNED** and **FORFEITED** to the United States. Clear title to the Defendant Currency is vested in the United States for disposition according to law. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida, this 3rd day of January 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
James A. Muench, AUSA
Counsel of Record
Unrepresented parties, if any